**Deny and Opinion Filed April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00398-CV

### IN RE DOROTHEA E. H. LASTER, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-12980-Z, DF-11-00657-Z**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Francis

Relator filed this petition for writ of mandamus alleging that the trial court has abused its discretion in refusing to authorize payment of the bills she has submitted as court appointed counsel for a parent in a parental rights termination suit. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Molly Francis/

MOLLY FRANCIS
140398F.P05                                    JUSTICE